IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA MARTINEZ,

    Plaintiff,

vs.                                            No. CIV 09-0281 JB/KBM

MICHAEL MARTINEZ, LYNDA LATTA,
HON. ELIZABETH WHITEFIELD, PAUL
WIEST, and JEAN SMITH,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed March 30, 2010 (Doc. 81)("MOO"). The MOO held that Plaintiff Patricia Martinez failed to state a viable claim against Defendants Paul Wiest and Jean Smith. See MOO at 48 ("[P. Martinez] does not state a claim that this Court can entertain against Judge Whitefield, Smith, or Wiest."). Because the MOO dismissed all claims against them, the Court now dismisses Wiest and Smith from the case.

**IT IS ORDERED** that Defendants Paul Wiest and Jean Smith are dismissed.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

*Parties and counsel*:

Patricia Martinez
Broken Arrow, Oklahoma

    *Plaintiff pro se*

Joshua R. Simms
Albuquerque, New Mexico

    *Attorney for Defendants Michael Martinez and Jean Smith*

Jessica C. Roth
Colin Lambert Hunter
Hunter Law Firm
Albuquerque, New Mexico

--and --

Lynda M Latta
Linda Lillie Ellison
Law Offices of Lynda Latta
Albuquerque, New Mexico

    *Attorneys for Defendant Lynda Latta*

Alfred A. Park
Lawrence M. Marcus
Cadigan & Park, PC
Albuquerque, New Mexico

    *Attorneys for Defendant Hon. Elizabeth Whitefield*

Paul Wiest
Albuquerque, New Mexico

    *Defendant pro se*